UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL-ZAGHARI,

    Petitioner,

    v.

SAN MATEO COUNTY PUBLIC GUARDIAN AND DEPUTY MARCELLE MOON,

    Respondent.

_____/

No. C 07-80099-MISC PJH

**ORDER**

    The court is in receipt of a "Request to Join in TRO and Petition for Writ of Habeas Corpus," filed by Shirley V. Remmart ("Remmart"), the mother of Eva D. Al-Zaghari ("Al-Zaghari"), and a "Second Request for Guardian Ad Litem," filed by Al-Zaghari.

    Al-Zaghari was previously declared a vexatious litigant in an order issued by the Honorable Marilyn Hall Patel. On April 12, 2007, the undersigned referred the present matter to Judge Patel for a determination whether Al-Zaghari's petition should be reassigned as a case related to C-01-2870 MHP or C-05-80241 MHP or should be barred by the vexatious litigant order.

    Because Al-Zaghari's petition has not yet been approved for filing, the court can take no action on either the request filed by Remmart or the request for appointment of guardian ad litem filed by Al-Zaghari.

**IT IS SO ORDERED.**

Dated: May 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge