United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA D. AL-ZAGHARI,<br><br>          Petitioner,<br><br>     v.<br><br>SAN MATEO COUNTY PUBLIC GUARDIAN AND DEPUTY MARCELLE MOON,<br><br>          Respondent.<br>_____/ | No. C 07-80099 PJH<br><br>**ORDER** |

The court is in receipt of various documents submitted by Shirley V. Remmert, who is not a party in the above-entitled matter. As petitioner Eva D. Al-Zaghari's petition was not approved for filing, and the above-entitled miscellaneous matter was dismissed, the court takes no action on Remmert's request, as stated in the court's previous orders filed on May 3, 2007. The court will respond to no further requests submitted in connection with this matter.

**IT IS SO ORDERED.**

Dated: June 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge