United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL-ZAGHARI,

    Petitioner,                           No. C 07-80099-MISC PJH

    v.                                 **ORDER**

MARCELLE MOON, San Mateo County Guardian and Deputy,

    Defendant.

_____/

    Petitioner's motion for leave to file a motion for reconsideration is DENIED, for the reasons stated in the court's previous orders filed on May 3, 2007, and June 25, 2007.

**IT IS SO ORDERED.**

Dated: July 12, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge